### (April 3, 1962)

■ RICHARD H. GENZ et al., Respondents, v. MILTON SLINGERLAND, Appellant, et al., Defendant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 23, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 13, 1962. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

### (April 4, 1962)

■ In the Matter of JOHN LAWRENCE PHILLIPS, JR.— Application by an attorney from the State of Montana and the Virgin Islands for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

### (April 5, 1962)

■ WASHINGTON HEIGHTS FEDERAL SAVINGS AND LOAN ASSOCIATION, Plaintiff, v. LARK ENTERPRISES, INC., et al., Defendants; RALPH GRIMALDI et al., Appellants, and THOMAS B. MARTIN et al., Trustees of the New York City District Council of Carpenters Pension Fund and Welfare Fund, Respondent.— Motion by claimant-respondent, Trustees of the New York City District Council of Carpenters Pension Fund, etc., to dismiss the appeal by reason of the claimants-appellants' failure to file a proper appeal record, and for other relief, denied. On the court's own motion the appeal is ordered on the calendar for the May Term, beginning April 23, 1962. The appellants are directed to serve and file on or before April 16, 1962, a supplemental record which shall include *all* of the testimony adduced before the Referee *which has been omitted* from the appeal record presently on file. The stay heretofore granted is continued on condition that appellants shall file and serve such supplemental record within the time prescribed, and on the further condition that appellants be ready to argue or submit the appeal at the May Term. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ DOMIZIO & EVERTS, INC., Respondent, v. A. E. OTTAVIANO, INC., Appellant.— Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ In the Matter of THOMAS A. WILSON.— Application by an attorney from the State of Delaware for admission to practice as an attorney and counselor at law in this State. Application granted. Beldock, P. J., Ughetta, Kleinfeld, Hill and Hopkins, JJ., concur.